## McNAMARA v. COUNTY OF SAN DIEGO DEPARTMENT OF SOCIAL SERVICES

No. 87–5840.   Argued November 28, 1988—Decided December 6, 1988

*James E. Sutherland* argued the cause for appellant. With him on the briefs was *R. Stephen McNally*.

*Lloyd M. Harmon, Jr.*, argued the cause for appellee. With him on the brief were *Jerome A. Barron* and *Sanford N. Katz*.*

PER CURIAM.

The appeal is dismissed for want of a properly presented federal question.

---

*\*Isabelle Katz Pinzler, Steven R. Shapiro*, and *John A. Powell* filed a brief for the American Civil Liberties Union et al. as *amici curiae* urging reversal.

Briefs of *amici curiae* urging affirmance were filed for the Barker Foundation by *Erwin N. Griswold, Robert C. Gombar*, and *Glen D. Nager;* for the Child by *Christian R. Van Deusen* and *Ted R. Youmans;* and for the National Committee for Adoption by *Merrill F. Nelson, C. Harold Brown*, and *William M. Schur*.